*FOR CHALLENGING MY IMMIGRATION APPEAL*

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

for the

AHMADOU SANKARA
_____
*Petitioner*

v.

IMMIGRATION
_____
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. **16CV3155**

*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: AHMADOU SANKARA

   (b) Other names you have used:

2. Place of confinement:

   (a) Name of institution: GREENE CORRECTION FAC P.O. BOX 975

   (b) Address: COXSACKIE NEWYORK 12051

   16 R 0122

   (c) Your identification number:

3. Are you currently being held on orders by:

   ☐ Federal authorities   ☐ State authorities   ☑ Other - explain:

4. Are you currently:

   ☐ A pretrial detainee (waiting for trial on criminal charges)

   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

   If you are currently serving a sentence, provide:

   (a) Name and location of court that sentenced you:

   (b) Docket number of criminal case:

   (c) Date of sentencing:

   ☐ Being held on an immigration charge

   ☑ Other *(explain):* CHALLENGING MY IMMIGRATION APPEALS

RECEIVED SDNY PRO SE OFFICE 2016 APR 28 AM 9: 20

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Decision or Action You Are Challenging

5. What are you challenging in this petition:

❏ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

❏ Pretrial detention

❏ Immigration detention

❏ Detainer

❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

❏ Disciplinary proceedings

☑ Other (explain):   *CHALLENGING MY DEPORTETION ORDER*

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:   *201 VARICK STREET IMMIGRATION COURT*

(b) Docket number, case number, or opinion number:

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

*I WAS ORDER DEPORTE ON JULY 2012*

(d) Date of the decision or action:   *I WAS ORDER REMOVE JULY 2012*

### Your Earlier Challenges of the Decision or Action

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes          ❏ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:   *THE JUDGE ORDER WAS AFFIRMED FROM COURT OF APPEAL*

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

_____

(b) If you answered "No," explain why you did not appeal: _____

_____

8.   **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes                    ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number:

    (4) Result: _____

    (5) Date of result:

    (6) Issues raised: _____

_____

_____

(b) If you answered "No," explain why you did not file a second appeal:

_____

9.   **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes                    ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

_____

    (2) Date of filing:

    (3) Docket number, case number, or opinion number: _____

    (4) Result:

    (5) Date of result: _____

    (6) Issues raised:

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

(b) If you answered "No," explain why you did not file a third appeal:

_____

10.   **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☑ No

If "Yes," answer the following:

(a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

(b)   Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
conviction or sentence: _____

_____

_____

_____

_____

_____

_____

11.    **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☑ Yes                    ☐ No
If "Yes," provide:
(a)    Date you were taken into immigration custody: 16 NOV 2012
(b)    Date of the removal or reinstatement order: JULY 15 2013
(c)    Did you file an appeal with the Board of Immigration Appeals?
☐ Yes                    ☐ No
If "Yes," provide:
(1)  Date of filing: _____
(2)  Case number: A-097528851
(3)  Result: _____
(4)  Date of result: _____
(5)  Issues raised: _____

_____

_____

_____

_____

_____

(d)    Did you appeal the decision to the United States Court of Appeals?
☐ Yes                    ☑ No
If "Yes," provide:
(1)  Name of court: _____
(2)  Date of filing: _____
(3)  Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: I WAS ORDER DEPORTED ON JULY 20 2012 AND I WAS SHOOT THE NEXT DAY JULY 21 2012 THE DOCTOR OPENED ME UP ATTEMPTED TO REMOVE SOMETHING THAT DID NOT EXIST (WITHOUT X-RAY

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

ON JULY 21 2012 IAM ON MEDICATION FOR THE REST
OF MY LIFE AND ANOTHER DOCTOR REFER ME TO ANOTHER
SURGERY REASON HERNIA CONSTIPATION SEE BY SPECIALIST
F/U AS RECOMMANDED ABDOMINAL PAIN UNSPECIFIED SITE 789
F/OO AND ALSO IWAS DIAGNOS FOR HIV ONE 2010 AT

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes      ☐ No

**GROUND TWO:** IMMIGRATION DETENTION CENTER AT ORANGE
COUNTY DETENTION CENTER I STARTED TAKE MEDICATION FOR
THE REST OF MY LIFE ON 2010 FOR HIV I CAN NOT

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

GO BACK TO AFRICA BECAUSE IAM ON MEDICATION
FOR THE REST OF MY LIFE I CAN NOT GO BACK TO AFRICA
BECAUSE STOMACH PROBLEM I CAN'T GO BACK TO AFRICA
BECAUSE MY HIV MEDICATION I CAN NOT GO BACK TO AFRICA
BECAUSE MY HEALTH CONDITION I CAN NOT GO BACK TO AFRICA
BECAUSE I NEED TO SEE A DOCTOR EVERY MONTH I CAN NOT
RECIEVE MY HIV MEDICATION AND AFRICA

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes      ☐ No

**GROUND THREE:** I CAN NOT GO BACK TO AFRICA BECAUSE
MY UNCLES HE WAS THE PRESIDANT FROM BURKINA·FASO
IS NAME THOMAS SANKARA FROM 1982 TO 1987 HE WAS ASSASINATED
ON 1987 I CAN NOT GO BACK TO BURKINA FASO BECAUSE MY

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

UNCLES ASSASINATION I CAN NOT LIFE AND BURKINA FASO
NO MORE THE BURKINA FASO WILL PROVE MY UNCLES
ASSASINATION AND ALSO EMBASSY BURKINA FASO EMBASSY
WILL PROVE MY UNCLES ASSASINATION I CAN NOT LIFE NO MORE
AND BURKINA FASO

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes      ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** ON 1999 THE WAR WAS AND ALL IVORY COST MY MOTHER MAIGA AICHATA WAS COME FROM THE MARKET MY WAS KILLED COMING BACK FROM THE MARKET AND MY YOUNGER ADAM DISSAPEARED IN THE WAR MY FAMILY NEVER

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
SAW HIS BODY MY FIRST WIFE (FATOU GARBA) ALSO PAST AWAY AND MY DAUGHTER AICHA WAS SEVEN YEARS OLD IN 2001 WHEN I CAME TO THE UNITED STATES I CAN NOT GO BACK THOSE TWO COUNTRY BECAUSE OF THESE REASON AND MY ANOTHER YOUNGER BROTHER LIVING AND GONGO BRAZAVIL THE JUDGE ORDER ME DEPORTED SAY THAT NO MORE WAR AND IVORY COST I WAS NOT CONVICTED ON 2013 I CAN NOT GO BACK

(b) Did you present Ground Four in all appeals that were available to you?

❏ Yes          ❏ No

14.   If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I CAN NOT GO BACK BECAISE MY HEALTH AND ALSO MY MEDICATION AND ALSO THE EDUECATION FOR MY CHILDREN I NEED TO BE AND THE UNITED STATES FOR MY CHILDREN EDUECATION I AM THE ONLY ONE IN MY FAMILY AND U.S. TO SUPPORTING MY MY FAMILY IN OTHER PARTS OF THE WORLD

**Request for Relief**

15.  State exactly what you want the court to do: I WANT THE UNITED STATES PAPER BECAUSE I COME TO U.S. AS A REFUGE I CAN NOT GO BACK TO AFRICA BECAUSE THESE REASON I LOSS MY FAMILY AND THE WAR I HAVE TWO CHILDREN BORN IN UNITED STATES OF AMERICA AND ALSO I WAS DIAGNOS FOR HIV ON 2010 I CAN NOT GO BACK TO AFRICA BECAUSE MY HEALTH AND MY MEDICATION AND MY CHILDREN EDUECATION ALSO MY SAFTED MY MEDICAL RECORD WILL PROVE THIS I NEED MY U.S. PAPER I CAN NOT GO BACK TO AFRICA I NEED HELP FROM THE JUDGE THAT I CAN BE SAVE AND UNITED STATES OF AMERICA. NEXT PAGE

①

THIS CONCERNING MY IMMIGRATION JUDGEMENT
MY ALIEN NUMBER IS (097528851) I CAME TO
THE UNITED STATES IN 2001 AS A POLITICAL REFUGE
I RECIEVED MY ALIEN NUMBER ON 2006 I WAS
MARRIED TO AN AFRICAN WOMAN TRADITION MARRIAGE
MY WIFE AND I HAVE TWO CHILDREN BORN
IN THE UNITED STATES MY SON NAME IS NOURDINE
SANKARA BORN ON NOVEMBER · 4 · 2003
AND MY DAUGHTER IS BORN ON NOVEMBER · 5 · 2006
IS NAME MAHAWA SANKARA MY WIFE NAME
IS TIGUIDANKE KEITA SHE DOES NOT HAVE ALIEN
NUMBER MY LAWYER REQUST ME TO PUT MY
WIFE ON MY IMMIGRATION CASE I PUT MY
WIFE ON MY IMMIGRATION CASE AND SHE
RECIEVE A ALIEN NUMBER BECAUSE WE HAVE
TWO CHILDREN THAT WERE BORN IN THE
UNITED STATES DURING MY WIFE AND I WERE
FIGHTING IMMIGRATION CASE MY WIFE THEN
GOT · PREGNAT FROM ANOTHER MAN SO MY
IMMIGRATION CASE WAS SEPARATE FROM MY

WIFE CASE AFTER THAT MY WIFE WAS THEN GRANTED UNITED STATES CITIZENSHIP I WAS THE FIRST TO APPLY FOR MY CITIZENSHIP BECAUSE AS POLITICAL REFUGE AND THE JUDGE DENIED ME AND ORDER DEPORTATION SAY THAT NO MORE WAR IN IVORY COAST I WAS NOT HAVE NO FELONY CONVICTION AT THAT TIME MY WIFE RECIEVE HER CITIZENSHIP SO I WAS ALSO SUPOSED TO RECIEVE MY CITIZENSHIP ALSO I WAS DANIED FROM THE IMMIGRATION JUDGE SAY THAT NO MORE WAR IN IVORY COAST I AM BORN AND IVORY COAST I AM A CITIZEN FROM BURKINA FASO I WAS ORDER DEPORTED ON JULY 20 2012 AND NEXT DAY JULY 21 2012 I WAS SHOOT FOR NO REASON WHY I WAS BORN IN IVORY COAST IM CITIZEN OF BURKINA FASO MY UNCLE WAS THE PRESIDENT OF BURKINA FASO FROM 1982 TO 1987 HE WAS ASSASINATE IN 1987 FOR POLITICAL MATTER MY FATHER XORO AROUNA SANKARA

WAS AFRAID FOR MY FAMILY TO LIVE IN BURKINA
FASO BECAUSE MY UNCLE WAS ASSASINATED FOR
THAT REASON OUR CAN NOT LIEVING NO MORE
IN BURKINA FASO

ON 1999 A CIVIL WAR STARTED IN IVORY COAST
MY MOTHER MAIGA AICHATA DIED DURING THE
CIVIL WAR COMING BACK FROM THE MARKET
A ALSO MY BROTHER ADAM WHO WAS YOUNGER
BROTHER ALSO DIED IN THE CIVIL WAR MY
FAMILY NEVER SEE HIM OR HIS BODY HE DISSAPEARED
IN THAT PERIOD OF THE TIME DURING THE WAR
WAS EVERY WHERE IN IVORY COAST IN EVERY
CITY IN IVORY COAST MY COUSIN SEIBA SANKARA
CAM TO GOT ME TO GO BACK TO BURKINA
FASO DURING THE TIME I WAS IN BURKINA
FASO I WAS VERY AFRAID FOR MY LIFE
MY COUSIN AND I WENT TO THE UNITED
STATES EMBASSY IN BURKINA FASO IN REPORTED
IVORY COAST WAR IN MY UNCLE THOMAS
SANKARA ASSASINATION ON 1987 AND
MY EMBASSY BURKINA FASO CAN VERYFI THIS

AND GAVE THEM MY DOCUMENTS TO GET A
VISA AFTER I DROPED OF MY DOCUMENTS
MY COUSIN AND I GO TO MY FATHERS VILLAGE
AT YAKO I WAS IN THE VILLAGE FOR 6 MONTH
AND MY COUSIN SEIBA CAME TO GET ME
TO GO TO THE CITY AT THAT TIME I WAS
GRANTED MY VISA TO CAME TO THE UNITED
STATE ON 2001 THIS WHY I CAME TO UNITED
STATES OF AMERICA BECAUSE I CAN'T NOT STAY
IN IVORY COAST NOR BURKINA FASO BECAUSE
OF THE WAR DURING THAT PERIED OF TIME AND ALSO
MY UNCLE THOMAS SANKARA ASSASINATION
AND MY FAMILY AND I CAN NO LONGER LIVE
THERE BECAUSE WE WERE AFRAID FOR OUR
LIVES I'M SEEKING FOR MY CITIZENSHIP
I CAN NOT SURVIVE IN ANY ANOTHER
COUNTRY FOR THIS REASON IN AFRICA
BECAUSE I AM ON MEDICATION FOR THE REST
OF MY LIFE I WAS DIAGNOSE FOR HIV
IN 2010 AT ORANGE COUNTY IMMIGRATION
DETENTION CENTER ON THIS STATEMENT IS CORRECT ON
ON MY IMMIGRATION FILL

⑤

AND ALSO MY FIRST WIFE (FATOU GARBA)
ALSO PAST AWAY AND MY FIRST DAUGHTER
AICHA WAS SEVEN YEARS OLD IN 2001
WHEN I CAME TO THE U·S AND ALSO MY
FATHER YORO AROUNA SANKARA PAST AWAY
ON 2010 AS WELL IM THE ONLY ONE IN MY
FAMILY IN THE U·S AND IM THE ONLY ONE
IN MY FAMILY IN SUPPORTING MY FAMILY
IN OTHER PARTS OF THE WORLD MY
OTHER YOUNGER BROTHER is LIVING IN THE
GONGO BRAZAVIL IAM SEEKING FOR
MY CITIZENSHIP IAM DIAGNOS FOR HIV
INEED MY MEDICATION TO STAY AND
UNITED STATES OF AMERICA AND I HAVE TWO
CHILDREN BORN IN U·S I NEED MY
CITIZENSHIP AND I CAN STAY TO THE
U·S FOR MY CHILDREN EDUCATION
AND ALSO I CAN SUPPORTED MY
DAUGHTHER AICHA SANKARA AND MY
YOUNGER BROTHE ALSO I CAN NOT
GO BACK BECAUSE THOSE REASON



**U.S. Department of Justice**

Executive Office for Immigration Review

*Office of the General Counsel*

5107 Leesburg Pike, Suite 2600
Falls Church, Virginia 20530

February 22, 2016

Ahmadou Sankara
16RO122
Ulster Correctional Facility
P.O. Box 800
Napanoch, NY 12458

Re: A-097-528-851

Dear Mr. Sankara:

This letter is in response to your correspondence to the Executive Office for Immigration Review (EOIR), Office of the General Counsel, dated February 12, 2016.  In your correspondence, you indicate that you are seeking information on "any other" immigration actions or relief applications. You also state that you are a United States citizen because you wife was granted citizenship through an application process. We provide the following information.

Please note that EOIR, which includes the Immigration Courts and the Board of Immigration Appeals, is an adjudicative body charged with interpreting the immigration laws of the United States and conducting hearings on a wide variety of immigration issues.  As such, this office is precluded from providing legal advice.

Our electronic records indicate that an immigration judge ordered you removed on July 20, 2012. An appeal affirmed the immigration judge's order on July 15, 2013.

An immigration attorney may be your best source of information regarding your current situation. Therefore, as a courtesy we have also enclosed a list of free or low cost legal service providers in your area. We hope this information will be of assistance to you.

Sincerely,

Phillip Rimmer
Paralegal

Enclosures

EX. 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMADOU SANKARA,

                              Plaintiff,

              -against-

JANE/JOHN DOE WHO WORKED AT
LINCOLN HOSPITAL BRONX N.Y. (E.R.)
DOCTOR WHO OPENED ME UP ATTEMPTED
TO REMOVE SOMETHING THAT DID NOT
EXIST (WITHOUT X-RAYS) JULY 21, 2012;
JANE/JOHN DOE WERE DOCTORS,

                              Defendants.

15-CV-5046 (LAP)

CIVIL JUDGMENT

Pursuant to the order issued November 4, 2015, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

Rule 12(h)(3) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 4, 2015
         New York, New York

_____
LORETTA A. PRESKA
Chief United States District Judge

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: APRIL 5 2016                SHANKARAHMMADOU
                                  _____
                                  *Signature of Petitioner*


                                  *Signature of Attorney or other authorized person, if any*


GREENE CORRECTION FACILITY
P.O. BOX 975 COXSACKIE
NEW YORK 12051

Patient Summary                                                                                    Page 1 of 2

**NYSID No:** 11802841J  **B&C No:** 3491502709

## SANKARA, AHMADOU
2350 DAVIDSON AVE, BX, NY 10468

**DOB:** 07/18/1970  **Age:** 45 Y  **Sex:** male          **Primary Insurance:**
                                                          **PCP:**
**Home:**
**Work:**
**Cell:**
**Email:**
**Advance Directive:**

**Allergies :**  Sustiva - dizziness

### Medical History

#### Active Problem List

| Code | Name | Specify | Notes | Added On | Modified On | Modified By |
|------|------|---------|-------|----------|-------------|-------------|
| RI50 | SMI - NO | | | | 11/11/2015 | Wen, Gengyun |
| RI100 | Diagnosis Deferred | | | | 11/11/2015 | Wen, Gengyun |
| 305.61 | Cocaine abuse, continuous | | | 07/13/2014 | 11/03/2015 | Nnadi, Ngozi |
| 795.52 | (Positive QFT) Nonspecific reaction to cell mediated immunity measurement of gamma interferon antigen response with | | | | 03/20/2015 | Ricketts, Martin |
| 042 | Human immunodeficiency virus [HIV] disease | | | | 11/11/2015 | Wen, Gengyun |
| 794.8 | Abnormal liver function study | | | | 10/20/2015 | Richard, Marie |
| 339.12 | Chronic tension-type headache | | | | 11/11/2015 | Wen, Gengyun |
| 530.81 | GERD [Gastroesophageal reflux disease] | | | | 10/27/2015 | Mian, Rashid |
| 305.90 | DRUG ABUSE NEC-UNSPEC | | | 03/08/2015 | 03/08/2015 | Cooper, Iceyleen |
| V07.9 | PROPHYLACTIC MEASURE NOS | | | 03/18/2015 | 10/20/2015 | Richard, Marie |
| 784.0 | Headache | Tension Headache | | 04/10/2015 | 04/10/2015 | Massillon (Inactive), Arlie |
| 472.0 | Rhinitis | | | 04/10/2015 | 05/12/2015 | Ray, Jayanta |
| 785.6 | Lymphadenopathy | | | 04/10/2015 | 08/22/2015 | Fleurantin, Yolanda (Deactivated 09/10/15) |
| 472.0 | Rhinitis NOS | | | 04/15/2015 | 05/14/2015 | Sherman, Joseph |
| 564.00 | CONSTIPATION NOS | | | 04/15/2015 | 10/02/2015 | Park, Joon |
| 296.00 | Depressive disorder NOS | | | 04/27/2015 | 10/22/2015 | Wen, Gengyun |
| 304.10 | Sedative, hypnotic or anxiolytic dependence | | | 04/27/2015 | 09/03/2015 | Trojanowski, Roman |
| 724.2 | LBP [Low back pain] | | | 04/28/2015 | 06/05/2015 | Gravesande, Terry |
| 799.9 | Diagnosis deferred | | | 04/29/2015 | 08/24/2015 | Labarca, Yasmine |
| 309.28 | Adjustment disorder with mixed anxiety and depressed mood | | | 04/29/2015 | 11/11/2015 | Wen, Gengyun |
| 300.9 | Psychiatric disorder or problem | | | 05/12/2015 | 05/12/2015 | Ray, Jayanta |
| 521.00 | Dental caries NOS | | | 05/26/2015 | 05/26/2015 | Mohammad, Habib |
| 521.03 | Dental caries extending into pulp | | | 06/09/2015 | 06/09/2015 | Parham, Bruce (Provider) |
| 536.8 | Dyspepsia NOS | | | 07/15/2015 | 07/15/2015 | Kelly, Guy |
| 079.53 | HIV-2 INFECTION OTH DIS | | | 07/16/2015 | 08/24/2015 | Labarca, Yasmine |
| 530.81 | GERD | | | 07/16/2015 | 11/11/2015 | Wen, Gengyun |
| 789.00 | Abdominal pain, unspecified site | | | 08/28/2015 | 08/28/2015 | Mohammad, Habib |
| 692.9 | DERMATITIS NOS | | | 09/16/2015 | 09/16/2015 | Ray, Jayanta |

Patient Summary

**NYSID No:** 11802841J   **B&C No:** 3491502709

**SANKARA, AHMADOU**
2350 DAVIDSON AVE, BX, NY 10468

**Primary Insurance:**
**PCP:**

**DOB:** 07/18/1970   **Age:** 45 Y   **Sex:** male

Home:
Work:
Cell:
Email:
Advance Directive:

**Allergies :** Sustiva - dizziness

| Code | Description | Start | End | Provider |
|---|---|---|---|---|
| 478.9 | Upper respiratory disease NOS | 10/02/2015 | 10/31/2015 | Park, Joon |
| V15.09 | HX-ALLERGY NEC | 10/07/2015 | 10/07/2015 | Mohammad, Habib |
| 535.50 | Gastritis, unspecified, without mention of hemorrhage | 10/11/2015 | 10/27/2015 | Ali, Laali |
| 490 | Bronchitis NOS | 10/11/2015 | 10/11/2015 | Ezekwe, Felix |
| 298.9 | Atypical psychosis | 10/27/2015 | 10/27/2015 | Mian, Rashid |
| 786.59 | Chest discomfort | 10/31/2015 | 10/31/2015 | Park, Joon |

**Medications**

**Name strength formulation, Sig: take route frequency**

Multiple Vitamin APP Tablet, Sig: 1 tab Orally Daily Start Date: 08/26/2015

Benadryl 50 mg Capsule, Sig: 1 cap Orally At Bedtime Start Date: 11/11/2015

Remeron 15 MG Tablet, Sig: 1 tablet before bedtime in the evening Orally At Bedtime Start Date: 11/11/2015

Reyataz 300 MG Capsule, Sig: 1 tab Orally Daily Start Date: 10/14/2015

Norvir 100 mg Tablet, Sig: 1 tab Orally Daily Start Date: 10/14/2015

Truvada 200-300 MG Tablet, Sig: 1 tab Orally Daily Start Date: 10/14/2015

Zantac 150 MG Tablet, Sig: 2 tabs Orally in am Start Date: 09/18/2015



Printed on Recycled Paper

049.820202080
$01.420
04/15/2016
Mailed From   12051
neopost

CORRECTIONAL FACILITY
BOX 975
OXSACKIE, NEW YORK 12051-0975

NAME: AHMADOU SANKARA DIN: 16 R 0122

S BLOCK

USM P3
SDNY

LEGAL MAIL

SENDING
ON APRIL 10 2016

RECEIVED
2016 APR 18 AM 8:19
SDNY PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE DANIEL PATRICK MOYNIHA
UNITED STATES COURTHOUSE
500 PEARL STREET N Y
NEW YORK 10007-1312

93

LEGAL MAIL

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVIS...
OFFENDER CORRESPONDENCE PROGRAM

NAME: AHMADOU SANKARA DIN: 16 R 0122