IMMIGRATION; DOCKET# 16-CV-3155: PETITION

STATE OF NEW YORK-DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

GREENE CORRECTIONAL FACILITY

Interdepartmental Communication

DATE 6/3/16

TO: Sankara, A  DIN: 16R0122  Dorm: S-B1-13B

FROM: PROGRAM SERVICES UNIT

SUBJECT: Recent Request

Your recent note regarding:

| | |
|---|---|
| Correspondence/Visiting/Telephone Priv. | |
| Program Assignment | |
| Temporary Release | |
| Transfer | |
| Outside Clearance | |
| Marriage Procedure/Status | |
| Group Counseling Referral | |
| Other— TRC Denial | ✓ |

Has been received by Program Services unit.

RESPONSE: Your Temporary Release application was denied due to an Immigration warrant. Your immigration status is unclear and they have filed a warrant. Write to Inmate Records for more information.

C.C. Inmate Folder

AK Fisher, ADSP
Supervising Offender Rehabilitation Coordinator



**U.S. Department of Justice**

Executive Office for Immigration Review

*Office of the General Counsel*

5107 Leesburg Pike, Suite 2600
Falls Church, Virginia 20530

February 22, 2016

Ahmadou Sankara
16RO122
Ulster Correctional Facility
P.O. Box 800
Napanoch, NY 12458

Re: A-097-528-851

Dear Mr. Sankara:

This letter is in response to your correspondence to the Executive Office for Immigration Review (EOIR), Office of the General Counsel, dated February 12, 2016. In your correspondence, you indicate that you are seeking information on "any other" immigration actions or relief applications. You also state that you are a United States citizen because you wife was granted citizenship through an application process. We provide the following information.

Please note that EOIR, which includes the Immigration Courts and the Board of Immigration Appeals, is an adjudicative body charged with interpreting the immigration laws of the United States and conducting hearings on a wide variety of immigration issues. As such, this office is precluded from providing legal advice.

Our electronic records indicate that an immigration judge ordered you removed on July 20, 2012. An appeal affirmed the immigration judge's order on July 15, 2013.

An immigration attorney may be your best source of information regarding your current situation. Therefore, as a courtesy we have also enclosed a list of free or low cost legal service providers in your area. We hope this information will be of assistance to you.

Sincerely,

Phillip Rimmer
Paralegal

Enclosures

EX. 1

```
04/05/2016                  STATE OF NEW YORK                         GNC712
                      DEPARTMENT OF CORRECTIONAL SERVICES
                         TEMPORARY RELEASE PROGRAM
                           DENIAL/APPEAL FORM

                           FACILITY    GREENE


    DIN 16R0122   NAME SANKARA, AHMADOU            APPLICATION #  201605344

    NYSID 11802841J   T.R. TYPE:  CASAT            APPLICATION DT 04/01/2016

    CELL LOCATION   OS B1 21B


    YOUR APPLICATION HAS BEEN DENIED.
    YOU ARE INELIGIBLE FOR THE FOLLOWING REASON(S):

                              OUTSTAND WARRANTS
```

**GREENE CORRECTIONAL FACILITY**
P.O. BOX 975
COXSACKIE, NEW YORK 12051-0975

NAME: AHMADOU SANKARDIN 16 R0122
S. Block

LEGAL MAIL
SENDING ON
JUNE 7 2016

RECEIVED
SDNY PRO SE OFFICE
2016 JUN 13 AM 9:28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW
UNITED STATES COURTHOUSE
500 PEARL STREET NEW
NEW YORK 10007-13